**COM.**

v.

**RIVERA–GONZALEZ, E.**

**2020 MDA 2016**

Superior Court of Pennsylvania.

09/18/2017

Reargument Denied 11/29/2017

CP–36–CR–0005899–2014

(Lancaster)

Affirmed

**COM.**

v.

**TALBERT, P.**

**2031 MDA 2016**

Superior Court of Pennsylvania.

09/18/2017

CP–67–CR–0002721–2011 (York)

Affirmed

**AMOS, C.**

v.

**AMOS, M.**

**2043 MDA 2016**

Superior Court of Pennsylvania.

09/18/2017

2012 CV 6454 DV (Dauphin)

Affirmed

**COM.**

v.

**ESCUDERO–AVILES, C.**

**120 MDA 2017**

Superior Court of Pennsylvania.

09/18/2017

CP–06–CR–0005772–2014 (Berks)

Affirmed

**COM.**

v.

**MARTY, T.**

**173 MDA 2017**

Superior Court of Pennsylvania.

09/18/2017

CP–36–CR–0001394–2016 (Lancaster)

Affirmed